United States District Court
Eastern District of Michigan

Case Number 04-80647

UNITED STATES OF AMERICA,

                Plaintiff,               District Judge PATRICK J. DUGGAN

v.

JOHN DAVID PRESLEY,

                Defendant. /

**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Having considered the application to proceed *in forma pauperis*;

**IT IS ORDERED** that the application is:

[X] **GRANTED**.(FOR APPEAL)

[ ] **IT IS FURTHER ORDERED** that Plaintiff shall arrange for service of the complaint.

[ ] **IT IS FURTHER ORDERED** that the clerk is directed to process the complaint for service. The clerk shall issue the summons and the United States marshal shall serve a copy of the complaint, summons and this order upon the defendant(s).

[ ] **DENIED**, for the following reasons:

Date: July 17, 2008                                  s/PATRICK J. DUGGAN
                                                                  UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

I hereby certify that this Order was served on plaintiff and/or counsel of record by U.S. mail or electronic means.

Date: July 17, 2008                                  s/Marilyn Orem
                                                                  Deputy Clerk